THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arthur L.
 Singleton, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2008-UP-650
 Submitted November 3, 2008  Filed
December 1, 2008   

AFFIRMED

 
 
 
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Arthur Singleton appeals his convictions for conspiracy and armed
 robbery, arguing his due process rights to a fair trial were violated because
 (1) potential jurors observed him being escorted into the courtroom wearing handcuffs,
 and (2) he remained handcuffed during most of the jury selection with officers
 from the Department of Corrections positioned behind him.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Tucker, 320 S.C. 206, 209, 464 S.E.2d 105, 107 (1995) (stating the
 decision to restrain a defendant during trial is within the trial courts sound
 discretion); State v. Moore, 257 S.C. 147, 153, 184 S.E.2d 546,
 549 (1971) (explaining prejudice will not be presumed when the record
 contains no evidence the minds of the jurors were prejudiced, apart from the
 statement of an appellants counsel).
AFFIRMED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.